AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

DANIEL WELSCH, On Behalf Of Himself And Others Similarly Situated,

*Plaintiff*

v.   Civil Action No. 7:12-cv-00127-RAJ

SELMAN & ASSOCIATES, LTD.,

*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Selman & Associates, Ltd.
c/o Juanita C. Selman
10114 West County Road 118
P.O. Box 61150
Midland, TX 79711

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard J. (Rex) Burch
Bruckner Burch PLLC
8 Greenway Plaza, Suite 1500
Houston, Texas 77046

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT  William G. Putnicki

Date: 01/03/2013                              _____
                                              *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 7:12-cv-00127-RAJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Selman & Associates, Ltd.__
was received by me on *(date)* __01-14-13__ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Juanita C. Selman__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Selman &
Associates, Ltd__ at 10114 Liberator Midland TX on *(date)* __01-15-13__ ; or
at 12:02 PM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __01/15/13__

__Johnie G Eads SCH440 EXP 7-31-14__
Server's signature

__Johnie G Eads C.P.P.S.__
Printed name and title

__PO Box 13466, Odessa, TX 79768-3466__
Server's address

Additional information regarding attempted service, etc: